UNITED STATES, Appellee

v.

FRANCIS W. ANTONIO, Private E–2, U. S. Army, Appellant

6 USCMA 167, 19 CMR 293

No. 6405

Decided July 15, 1955

*Lieutenant Colonel Harley A. Lanning* and *First Lieutenant Philip L. Evans* were on the brief for Appellant, Accused.

*Lieutenant Colonel Andrew D. Kane* was on the brief for Appellee, United States.

## Opinion of the Court

PER CURIAM:

This case is controlled by United States v. Simone, 6 USCMA 146, 19 CMR 272; and United States v. Lugo, 6 USCMA 151, 19 CMR 277. We must hold, therefore, that the morning report entry extract copy before us sufficed to sustain the general court-martial's finding that the accused's desertion had been terminated by apprehension. It follows that the findings and sentence, as approved by intermediate appellate agencies, must be affirmed.